Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | RICHARD ALARCON |
| **Docket Number:** | 1:13CR00190-01 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | The Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, CA |
| **Original Sentence Date:** | 11/26/2012 |
| **Original Offense:** | 18 USC 3607, Possession of Marijuana<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 12 months probation. |
| **Special Conditions:** | 1) Drug/alcohol treatment; 3) Drug/alcohol testing. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 04/03/2013 |
| **Assistant U.S. Attorney:** | Unassigned   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Unassigned   **Telephone:** (559) 487-5561 |

**Other Court Action:**

<u>**04/03/2013:**</u>  Per 18:3607 probation dismissed; conviction entered on 4/2/2013, 12 months probation.

RE: RICHARD ALARCON
Docket Number: 1:13cr00190
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall complete no less than 3 hours of unpaid community service per week, as directed by the probation officer. The offender shall pay the fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall conclude on October 25, 2013.

**Justification:** Since commencement of supervision the offender has failed to comply with probation officer directives in regards to cognitive behavioral group attendance. The addition of the above condition serves as a consequence for failing to attend group.

Respectfully submitted,

/s/ Sarah L. Kirk

**SARAH L. KIRK**
**United States Probation Officer**
Telephone: (559) 499-5701

**DATED:** July 3, 2013
Fresno, California
SLK

**REVIEWED BY:** /s/ Robert Ramirez
**ROBERT A. RAMIREZ**
**Supervising United States Probation Officer**

RE: RICHARD ALARCON
Docket Number: 1:13cr00190
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** ) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

IT IS SO ORDERED.

Dated: July 16, 2013

_____
SENIOR DISTRICT JUDGE

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD